# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3901

_____

Ann M. White,                                    *
                                                 *
                    Appellant,                    *
                                                 *   Appeal from the United States
          v.                                     *   District Court for the
                                                 *   Eastern District of Missouri.
United States of America; Internal               *
Revenue Service; Brenda L. Vernam,               *   [UNPUBLISHED]
Revenue Agent, IRS,                              *
                                                 *
                    Appellees.                    *

_____

Submitted: May 28, 2010
Filed: June 2, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Ann M. White appeals the district court's[1] order denying her petition to quash a third-party summons. After careful review, see United States v. Kaiser, 397 F.3d 641, 643 (8th Cir. 2005) (clear-error standard of review), we conclude the denial of her petition was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.